AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Conner, Christopher C | 2. Court or Organization<br><br>Middle District Pennsylvania | 3. Date of Report<br><br>05/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P.O. Box 847<br>Harrisburg, PA 17108-0847 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 2. Trustee | Trustee Account #1 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 A 11:58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Widener University (part time law professor) |
| 2. 2007 | Commonwealth of Pennsylvania |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Drew Anthon | Five (5) tickets to NBA basketball game | $ 750.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank/Harrisburg cash accounts | A | Interest | J | T | | | | | |
| 2. PNC Bank, NA cash accounts | A | Interest | J | T | | | | | |
| 3. Wachovia Bank cash account (Closed in 2007) | A | Interest | | | Withdrawal | 06/30 | J | | |
| 4. Pennsylvania State Employees Credit Union (X) | A | Interest | J | T | | | | | |
| 5. Dow Chemical Company common stock | A | Dividend | J | T | | | | | |
| 6. PNM Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 7. BROKERAGE ACCOUNT #7 | | | | | | | | | |
| 8. - DWS Dreman High Return Equity Fund (X) | A | Dividend | | | Sold | 06/19 | J | A | |
| 9. - Van Kampen Comstock Fund Class A (X) | A | Dividend | | | Sold | 06/19 | J | A | |
| 10. - ML Bank money market account (X) | A | Interest | J | T | | | | | |
| 11. BROKERAGE ACCOUNT #8 | | | | | | | | | |
| 12. - Van Kampen Comstock Fund Class A | A | Dividend | | | Partial sale | 04/10 | J | A | |
| 13. | | | | | Sold | 06/19 | J | A | |
| 14. - Janus Advisor Forty Fund Class A | | None | | | Sold | 06/19 | J | A | |
| 15. - DWS Dreman High Return Equity Fund | A | Dividend | | | Sold | 06/19 | J | A | |
| 16. - Fidelity Advisor New Issights Fund (X) | | None | | | Sold | 06/19 | J | A | |
| 17. - ML Bank money market account (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROKERAGE ACCOUNT #9 | | | | | | | | | |
| 19. - Van Kampen Comstock Fund Class A | A | Dividend | | | Partial sale | 04/10 | J | A | |
| 20. | | | | | Sold | 06/19 | J | A | |
| 21. - Janus Advisor Forty Fund Class A | | None | | | Sold | 06/19 | J | A | |
| 22. - DWS Dreman High Return Equity Fund | A | Dividend | | | Sold | 06/19 | J | A | |
| 23. - Fidelity Advisor New Insights Fund | | None | | | Sold | 06/19 | J | A | |
| 24. - ML Bank money market account (X) | A | Interest | J | T | | | | | |
| 25. BROKERAGE ACCOUNT #10 | | | | | | | | | |
| 26. - Van Kampen Comstock Fund Class A | A | Dividend | | | Sold | 06/19 | J | A | |
| 27. - Janus Advisor Forty Fund Class A | | None | | | Sold | 06/19 | J | A | |
| 28. - DWS Dreman High Return Equity Fund | A | Dividend | | | Sold | 06/19 | J | A | |
| 29. - Fidelity Advisor New Insights Fund (X) | | None | | | Sold | 06/19 | J | A | |
| 30. - ML Bank money market account (X) | A | Interest | J | T | | | | | |
| 31. Conseco Life Insurance Co. - flexible life insurance policy | | None | J | T | | | | | |
| 32. RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 33. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 | | | | | | | | | |
| 34. - FA 529 Diversified International Portfolio | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - FA 529 Mid Cap Portfolio | | None | K | T | | | | | |
| 36.  - FA 529 Small Cap Portfolio | | None | K | T | | | | | |
| 37.  FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 | | | | | | | | | |
| 38.  - FA 529 Diversified International Portfolio | | None | K | T | | | | | |
| 39.  - FA 529 Mid Cap Portfolio | | None | K | T | | | | | |
| 40.  - FA 529 Small Cap Portfolio | | None | K | T | | | | | |
| 41.  MERRILL LYNCH IRRA #1 | | | | | | | | | |
| 42.  - ML Bank money market account | C | Dividend | J | T | | | | | |
| 43.  - Henderson International Opportunities Fund Class A | E | Dividend | M | T | | | | | |
| 44. | | | | | Bought | 02/20 | K | | |
| 45.  - Henderson European Focus Fund A | E | Dividend | M | T | | | | | |
| 46. | | | | | Bought | 02/20 | K | | |
| 47. | | | | | Bought | 11/23 | J | | |
| 48.  - ML&Company LIRN RGER Notes due 6/7/2010 | | None | | | Sold | 05/29 | K | | |
| 49.  - Thermage Inc. common stock | | None | | | Bought | 01/12 | K | | |
| 50. | | | | | Sold | 02/08 | K | B | |
| 51.  - Aercap Holdings N.V. common stock | | None | | | Bought | 01/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 03/15 | K | A | |
| 53.   - Apple Inc. common stock | | None | | | Bought | 01/19 | K | | |
| 54. | | | | | Sold | 03/27 | K | | |
| 55.   - Claymore Zacks Yield Hog common stock | A | Dividend | | | Bought | 01/22 | K | | |
| 56. | | | | | Bought | 01/24 | K | | |
| 57. | | | | | Sold | 05/21 | L | C | |
| 58.   - ConocoPhillips common stock | | None | | | Bought | 01/16 | K | | |
| 59. | | | | | Sold | 02/20 | K | B | |
| 60.   - Honeywell International Inc. common stock | A | Dividend | | | Bought | 01/24 | K | | |
| 61. | | | | | Sold | 03/27 | K | B | |
| 62.   - Manor Care Inc. common stock | | None | | | Bought | 01/16 | K | | |
| 63. | | | | | Sold | 02/14 | K | B | |
| 64.   - Penn National Gaming Inc. common stock | | None | | | Bought | 01/16 | K | | |
| 65. | | | | | Sold | 02/08 | K | C | |
| 66.   - Trina Solar Ltd common stock | | None | | | Bought | 01/19 | K | | |
| 67. | | | | | Sold | 01/25 | K | C | |
| 68.   - Yahoo Inc. common stock | | None | | | Bought | 01/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 01/29 | K | | |
| 70. - Corning Inc. common stock | | None | | | Bought | 02/14 | K | | |
| 71. | | | | | Sold | 02/20 | K | A | |
| 72. - Citigroup Inc. common stock | A | Dividend | | | Bought | 02/05 | K | | |
| 73. | | | | | Sold | 05/21 | K | A | |
| 74. - Diamond Offshore Drilling common stock | B | Dividend | | | Bought | 02/05 | K | | |
| 75. | | | | | Bought | 02/08 | K | | |
| 76. | | | | | Sold | 04/03 | K | | |
| 77. - Rowan Companies Inc. common stock | A | Dividend | | | Bought | 02/05 | K | | |
| 78. | | | | | Sold | 03/27 | K | A | |
| 79. - Kohlberg Cap Corp. common stock | A | Dividend | | | Bought | 02/08 | K | | |
| 80. | | | | | Sold | 04/20 | K | A | |
| 81. - Pfizer Inc. common stock | A | Dividend | | | Bought | 02/08 | K | | |
| 82. | | | | | Sold | 05/21 | K | A | |
| 83. - Anglo American PLC ADR common stock | A | Dividend | | | Bought | 05/23 | L | | |
| 84. | | | | | De-merger | 08/10 | J | C | |
| 85. | | | | | Sold | 09/25 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Empresas ICA DE CV ADR common stock | | None | | | Bought | 05/16 | K | | |
| 87. | | | | | Sold | 06/14 | K | B | |
| 88.   - Herbalife Ltd common stock | | None | | | Bought | 05/16 | L | | |
| 89. | | | | | Sold | 07/06 | L | A | |
| 90.   - Silver Wheaton Corp common stock | | None | | | Bought | 05/16 | K | | |
| 91. | | | | | Sold | 06/07 | K | B | |
| 92.   - Yamana Gold Inc. common stock | | None | | | Bought | 05/16 | K | | |
| 93. | | | | | Sold | 06/07 | K | C | |
| 94.   - ML&Co ARN Goldspot LKD | | None | | | Bought | 05/09 | L | | |
| 95. | | | | | Sold | 08/09 | L | | |
| 96.   - Dover Corp | | None | | | Bought | 06/11 | K | | |
| 97. | | | | | Sold | 07/03 | K | A | |
| 98.   - Bank of America Corp common stock | | None | | | Bought | 07/20 | K | | |
| 99. | | | | | Sold | 08/21 | K | A | |
| 100.   - Discover Financial Services common stock | A | Dividend | | | Bought | 06/28 | J | | |
| 101. | | | | | Sold | 10/11 | J | | |
| 102.   - Morgan Stanley common stock | A | Dividend | | | Bought | 06/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Bought | 07/20 | J | | |
| 104. | | | | | Sold | 10/11 | K | | |
| 105. - Navios Maritime Holdings Inc. common stock | A | Dividend | | | Bought | 07/20 | L | | |
| 106. | | | | | Sold | 10/11 | L | | |
| 107. - General Dynamics Corp common stock | A | Dividend | | | Bought | 07/06 | L | | |
| 108. | | | | | Sold | 07/25 | L | C | |
| 109. - Henderson Global Equity Income Fund Class A | C | Dividend | M | T | Bought | 08/09 | L | | |
| 110. | | | | | Bought | 08/21 | K | | |
| 111. | | | | | Bought | 11/01 | M | | |
| 112. - Van Kampen Dynamic Credit Opportunities Fund | A | Dividend | K | T | Bought | 10/17 | K | | |
| 113. MERRILL LYNCH IRRA #2 | B | Dividend | J | T | | | | | |
| 114. - Ivy Global Natural Resources Fund, Class B | | | | | | | | | |
| 115. - Henderson International Opportunities Fund Class B | | | | | | | | | |
| 116. | | | | | Bought | 01/10 | J | | |
| 117. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 118. - ML Bank USA money market account | A | Interest | J | T | | | | | |
| 119. - Henderson International Opportunities Fund Class A | B | Dividend | K | T | Partial sale | 12/07 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Henderson European Focus Fund A | B | Dividend | K | T | Partial sale | 08/02 | J | B | |
| 121.  - Powershares ETF Water Resources | | None | | | Sold | 02/01 | K | A | |
| 122.  - Powershares ETF Golden Dragon | | None | | | Sold | 02/01 | K | B | |
| 123.  - Claymore Zachs Yield Hog ETF | A | Dividend | | | Sold | 10/05 | K | | |
| 124.  - Alcoa Inc. common stock | A | Dividend | | | Bought | 01/29 | J | | |
| 125. | | | | | Sold | 04/11 | J | B | |
| 126.  - Duke Energy Corp common stock | A | Dividend | | | Bought | 02/07 | K | | |
| 127. | | | | | Sold | 04/11 | K | A | |
| 128.  - Gold Fields SP ADR common stock | A | Dividend | | | Bought | 02/07 | J | | |
| 129. | | | | | Sold | 04/11 | K | C | |
| 130.  - Wells Fargo & Company common stock | A | Dividend | | | Bought | 01/29 | J | | |
| 131. | | | | | Sold | 05/24 | J | A | |
| 132.  - Anglo American PLC ADR common stock | | None | | | Bought | 05/27 | K | | |
| 133. | | | | | Sold | 07/23 | K | C | |
| 134. | | | | | De-merger | 08/10 | J | B | |
| 135.  - Suntrust Banks Inc. common stock | A | Dividend | | | Bought | 05/24 | K | | |
| 136. | | | | | Sold | 05/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Alesco Financial Inc. common stock | A | Dividend | | | Bought | 06/07 | J | | |
| 138. | | | | | Sold | 07/06 | J | | |
| 139. - Corporate Office PPTYS Trust | A | Dividend | | | Bought | 06/07 | K | | |
| 140. | | | | | Sold | 07/06 | K | | |
| 141. - Tevent GIT SA common stock | A | Dividend | | | Bought | 05/30 | K | | |
| 142. | | | | | Sold | 06/07 | K | D | |
| 143. - Navios Maritime Holdings Inc. common stock | A | Dividend | | | Bought | 07/23 | K | | |
| 144. | | | | | Sold | 10/05 | L | | |
| 145. - Superior Offshore International common stock | | None | | | Bought | 07/06 | K | | |
| 146. | | | | | Sold | 10/09 | K | | |
| 147. - Van Kampen Dynamic Credit Opportunities Fund | | None | | | Bought | 10/19 | J | | |
| 148. | | | | | Sold | 11/16 | J | | |
| 149. - Henderson Global Equity Fund Class A | A | Dividend | L | T | Bought | 10/05 | L | | |
| 150. | | | | | Partial sale | 12/19 | J | | |
| 151. TRUSTEE ACCOUNT #1 (X) | | | | | | | | | |
| 152. - ML Bank money market account | A | Interest | J | T | Deposit | 08/17 | N | | |
| 153. - Claym Secs 423 Multiple Asset Portfolio | C | Dividend | L | T | Bought | 09/04 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Van Kampen Unit Trust 677 EAFE Select 20 Portfolio 2007 | A | Dividend | K | T | Bought | 09/06 | K | | |
| 155.  - Van Kampen Unit Trust 683 CSD ED Strat Cohen & Steers Mst | C | Dividend | L | T | Bought | 09/04 | L | | |
| 156.  - Lord Abbett Bond Debenture Fund Class A | C | Dividend | M | T | Bought | 09/04 | M | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 7, Brokerage Account #7; This is a custodial account for which the filer is not the custodian. Only one individual asset in the account has a value in excess of $1,000. .

Part VII, Line 11, Brokerage Account #8; This is a custodial account for which the filer is not the custodian. Only one individual asset in the account has a value in excess of $1,000.

Part VII, Line 18, Brokerage Account #9; This is a custodial account for which the filer is not the custodian. Only one individual asset in the account has a value in excess of $1,000.

Part VII, Line 25, Brokerage Account #10; This is a custodial account for which the filer is not the custodian. Only one individual asset in the account has a value in excess of $1,000.

Part VII, Line 151, Trustee Account #1; The filer became a trustee of this account upon its funding in 2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544